IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EMMA PLUMMER,
*o/b/o* S.P.                                                              PLAINTIFF

v.                         Civil No. 6:17-cv-6029

COMMISSIONER, SOCIAL                              DEFENDANT
SECURITY ADMINISTRATION

**MEMORANDUM OPINION**

On May 24, 2017, Emma Plummer, on behalf of, S.P. ("Plaintiff") filed a Notice of Voluntary Dismissal. ECF No. 9. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 7. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). Defendant has asserted no counterclaims and has not objected to this notice. After taking into consideration said Notice, the Court finds that Plaintiff's case should be dismissed without prejudice.

**ENTERED this 30th day of May, 2017.**

                                                       /s/ Barry A. Bryant
                                                       HON. BARRY A. BRYANT
                                                       U.S. MAGISTRATE JUDGE