IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EMMA PLUMMER
*o/b/o* S.P.                                                                                               PLAINTIFF

v.                                    Civil No. 6:17-cv-06029

COMMISSIONER, SOCIAL                                                              DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court on this the **30th day of May, 2017**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE